*Rosenberg* for respondents.

No. 830. HYMAN, TRUSTEE IN BANKRUPTCY, ET AL. *v.* McLENDON ET AL. May 8, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Marion W. Seabrook* for petitioners. *Messrs. Henry E. Davis* and *Samuel Want* for respondents.

No. 831. THOMAS *v.* KANSAS. May 8, 1944. Petition for writ of certiorari to the Supreme Court of Kansas denied. *Mr. Elisha Scott* for petitioner.

No. 836. McCULLOUGH *v.* KAMMERER CORPORATION ET AL. May 8, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. R. Welton Whann, A. W. Boyken,* and *Robert M. McManigal* for petitioner. *Messrs. Frederick S. Lyon* and *Leonard S. Lyon* for respondents.

No. 840. PEKRAS *v.* COMMISSIONER OF INTERNAL REVENUE; and
No. 841. PEKRAS *v.* COMMISSIONER OF INTERNAL REVENUE. May 8, 1944. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Robert H. Rice* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, Newton K. Fox, Robert L. Stern,* and *Miss Helen R. Carloss* for respondent. Reported below: 139 F. 2d 699.